```
1   RACHAEL SWERNOFSKY
    Nevada Bar No. 15465
2   QUILLING, SELANDER, LOWNDS,
    WINSLETT & MOSER, P.C.
3   6900 N. Dallas Parkway, Suite 800
    Plano, Texas 75024
4   Telephone: (214) 560-5443
    Facsimile:  (214) 871-2111
5   rswernofsky@qslwm.com
6   Counsel for Trans Union LLC

7   **Designated Attorney for Personal Service**
    Kurt Bonds, Esq.
8   Nevada Bar No. 6228
    Alverson Taylor & Sanders
9   6605 Grand Montecito Parkway, Suite 200
    Las Vegas, NV 89149
10
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH KEMP, | Case No. 3:22-cv-00469-MMD-CSD |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR WITHDRAWAL OF ATTORNEY RACHAEL SWERNOFSKY** |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and NATIONAL BUSINESS FACTORS OF NEVADA, | |
| Defendants. | |

   COME NOW Plaintiff Joseph Kemp ("Plaintiff") and Defendant Trans Union LLC ("Trans Union") (collectively known as "the Parties"), by and through their respective counsel and, pursuant to Local Rule IA 11-6(b), hereby stipulate to the following:

   1.   Rachael Swernofsky is leaving the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C. to pursue another opportunity.

   2.   Accordingly, the parties conferred and agree to the withdrawal of Rachael Swernofsky as attorney for Trans Union. Additionally, the Joint Stipulation for Withdrawal of

6079398.1

1

1  Attorney Rachael Swernofsky was served to Trans Union via email on February 7, 2023, and
2  Trans Union is unopposed.

3      3.    Kurt Bonds, of the law firm Alverson, Taylor & Sanders, is licensed in the State of
4  Nevada and has filed his Notice of Appearance as counsel for Defendant Trans Union. (Dkt. 22).

5  WHEREFORE, Plaintiff and Defendant respectfully request this Honorable Court to grant
6  the withdrawal of attorney Rachael Swernofsky.

8  DATED: February 7, 2023

| **QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.** | **CONTEMPORARY LEGAL SOLUTIONS PLLC** |
|---|---|
| /s/ Rachael Swernofsky | /s/ Robert M. Tzall |
| Rachael Swernofsky | Robert M. Tzall |
| Nevada Bar No. 15465 | 2551 North Green Valley Parkway |
| 6900 N. Dallas Parkway, Suite 800 | Building C, Suite 303 |
| Plano, Texas 75024 | Henderson, NV 89014 |
| (214) 871-2100 | (702) 666-0233 |
| (214) 871-2111 Fax | office@contemporarylegalsolutions.com |
| rswernofsky@qslwm.com | ***Counsel for Plaintiff*** |
| ***Counsel for Trans Union LLC*** | |

## ORDER

The Joint Stipulation for Withdrawal of Attorney Rachael Swernofsky is so ORDERED AND ADJUDGED.

Dated this 7th day of February 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**