1  **Robert M. Tzall**
   Contemporary Legal Solutions, PLLC
2  2551 N Green Valley Parkway C
   Suite 303
3  Henderson, NV 89014
4  Tel: 702-666-0233
   office@contemporarylegalsolutions.com
5
6  **Kurt R. Bonds**
   Alverson Taylor & Sanders
7  6605 Grand Montecito Parkway Suite 200
   Las Vegas, NV 89149
8  Tel: 702-384-7000
   efile@alversontaylor.com
9
10
11                    IN THE UNITED STATES DISTRICT COURT
                            FOR THE DISTRICT OF NEVADA
12
13 | Joseph Kemp,                                    )  Docket No.  3:22-CV-469
                                                    )
14 |           Plaintiff,                            )
                                                    )  **STIPULATION AND ORDER OF**
15 |      vs.                                       )  **DISMISSAL WITH PREJUDICE AS TO**
                                                    )  **TRANSUNION, LLC**
16 | Equifax Information Services, LLC;              )
    Experian Information Solutions, Inc.;            )
17 | Transunion, LLC                                 )
    National Business Factors, Inc. of Nevada        )
18 |           Defendant.                            )
                                                    )
19
20        IT IS HEREBY STIPULATED by and between Plaintiff Joseph Kemp ("Plaintiff") and

21 Transunion, LLC ("Defendant"), by and through their respective counsel of record, that the

22 above-captioned action, including all parties and claims alleged therein, be and hereby is

23 dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule

24 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

25        Undersigned counsel represent that they are fully authorized by their respective clients to

26 enter into this Joint Stipulation with Prejudice.

27
28

**Respectfully Submitted,**

Dated: July 25, 2023

/s/*Robert M. Tzall*                                     */s/ Kurt R. Bonds*
Robert M. Tzall, Esq.                         Kurt R. Bonds, Esq.
**Contemporary Legal Solutions, PLLC**      **Alverson Taylor & Sanders**
*Attorneys for Plaintiff*                         *Attorneys for Defendant*

ORDER OF DISMISSAL WITH PREJUDICE AS TO TRANSUNION, LLC

**IT IS SO ORDERED.**

Dated 7/25/2023

**HONORABLE JUDGE MIRANDA M. DU**

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th of July, 2023 I filed **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT Transunion, LLC** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Robert M. Tzall
Office@contemporarylegalsolutions.com
Contemporary Legal Solutions, PLLC
2551 N Green Valley Parkway C
Suite 303
Henderson, NV 89014
(702) 666-0233
(702) 727-8034 Fax
***Counsel for Plaintiffs***