1  Elizabeth A. Skane, Esq. (Bar No.7181)
   eskane@skanemills.com
2  Sarai L. Thornton, Esq.  (Bar No. 11067)
   sthornton@skanemills.com
3  SKANE MILLS LLP
   1120 Town Center Drive, Suite 200
4  Las Vegas, Nevada  89144
   T: (702) 363-2535 / Fax (702) 363-2534
5
   Attorneys for Defendant, Trans Union LLC
6

7          **IN THE UNITED STATES DISTRICT COURT**

8            **FOR THE DISTRICT OF NEVADA**

9  JOSEPH KEMP,                              Case No. 3:22-cv-00469-MMD-CSD

10                Plaintiff,

11 v.                                        **DEFENDANT TRANS UNION LLC'S
                                             STIPULATION FOR SUBSTITUTION
12                                           OF COUNSEL**
   EQUIFAX INFORMATION SERVICES, LLC,
13 EXPERIAN INFORMATION SOLUTIONS,
   INC., TRANS UNION, LLC, and NATIONAL
14 BUSINESS FACTORS OF NEVADA,

15                Defendants.

16

17        COMES NOW, Defendant Trans Union LLC ("Trans Union"), and hereby requests an

18 order permitting Sarai L. Thornton, Esq. of the law firm Skane Mills LLP to be substituted as

19 counsel in the place of Kurt R. Bonds, Esq.  By signature below, Trans Union agrees to the

20 substitution of Sarai L. Thornton, Esq. as counsel for Trans Union.

21        All filings, correspondence, and notices should be sent to the attention of Trans Union's

22 counsel, whose contact information is as follows:

23        Sarai L. Thornton, Esq.
          Skane Mills LLP
24        1120 Town Center Drive, Suite 200
          Las Vegas, Nevada 89144
25        (702) 363-2535
          (702) 363-2534 Fax
26        sthornton@skanemills.com

27        The currently known address and contact information of Defendant is as follows:

28
                                                                                    1
   6451204.1

Trans Union, LLC
555 West Adams Street
Chicago, Illinois 60661
(312) 466-7356

The basis for this Stipulation is that Trans Union's current counsel is leaving Alverson, Taylor & Sanders and Trans Union wishes to retain different counsel.  There will be no delay or prejudice suffered by any party as a result of this substitution.

WHEREFORE, Defendant Trans Union LLC respectfully requests that this Honorable Court grant the substitution of attorney Sarai L. Thornton, Esq. of the law firm Skane Mills LLP.

| SKANE MILLS LLP | ALVERSON TAYLOR & SANDERS |
|---|---|
| */s/ Sarai L. Thornton* | */s/ Kurt R. Bonds* |
| Sarai L. Thornton, Esq. (Bar No. 11067) | Kurt R. Bonds, Esq. (Bar No. 6228) |
| sthornton@skanemills.com | efile@alversontaylor.com |
| 1120 Town Center Drive, Suite 200 | 6605 Grand Montecito Parkway, Suite 200 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89149 |
| T: (702) 363-2535 | T: (702) 384-7000 |
| Attorneys for, Trans Union LLC | Attorneys for, Trans Union LLC |

TRANS UNION LLC

*/s/ Laura K. Rang*
LAURA K. RANG
Senior Counsel for Trans Union LLC

**IT IS SO ORDERED.**

Dated this 14th day of August 2023.

**HONORABLE CRAIG S. DENNEY**
UNITED STATES MAGISTRATE JUDGE

2

6451204.1